# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144755

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 144755
                                            COA: 300708
                                            Branch CC: 09-099298-FH

DEVIN ALLEN-KURTIS MAGGART,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

s0716

_____
Clerk